# UNITED STATES DISTRICT COURT
### District of Kansas
(Wichita Docket)

UNITED STATES OF AMERICA,

                          Plaintiff,

                v.

SEAN C. RICE,

                        Defendant.

**SEALED**

**FILED UNDER SEAL**

**CASE NO.** 26-CR-10062-EFM

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

**FAILURE TO REGISTER**
**[18 U.S.C. § 2250(a)]**

Between on or about a date in December 2023 and the date of this Indictment, both dates being approximate and inclusive, within the District of Kansas and elsewhere, the defendant,

**SEAN C. RICE,**

a person required to register as a sex offender under the Sex Offender Registration and Notification Act, traveled in interstate and foreign commerce and knowingly failed to

register and update a registration as required by the Sex Offender Registration and

Notification Act.

In violation of Title 18, United States Code, Section 2250(a).

A TRUE BILL.


April 21, 2026                              s/Foreperson
DATE                                        FOREPERSON OF THE GRAND JURY


RYAN A. KRIEGSHAUSER
UNITED STATES ATTORNEY


By: /s/ Katherine J. Andrusak
Katherine J. Andrusak
Assistant United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas  67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: katie.andrusak@usdoj.gov
Ks. S. Ct. No. 25961


IT IS REQUESTED THAT THE TRIAL BE HELD IN WICHITA, KANSAS

2

## **PENALTIES**

### **Count 1 – Failure to Register**

- Punishable by a term of imprisonment of not more than ten (10) years.  18 U.S.C. § 2250(a).

- A term of supervised release of up to life and not less than five (5) years.  18 U.S.C. § 3583(k).

- A fine not to exceed $250,000.  18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).